UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:94-CR-122-17-F
No. 5:04-CV-558-F

| | |
|---|---|
| JERRY WAYNE SHEPPARD, )<br>    Movant, )<br> )<br>v. )<br> )<br>UNITED STATES OF AMERICA )<br>    Respondent. ) | O R D E R |

Jerry Wayne Sheppard's pending Motion to Sequester (DE-360) and Motion to Expedite (DE-361) are DENIED. The July 22, 2005, evidentiary hearing and this court's order of August 23, 2005 (DE-362), respectively, render those motions moot.

Sheppard's September 8, 2005, "Memorandum in Support of Prayer for Relief" (DE-363) and the Government's Response thereto (DE-364), as well Sheppard's September 26, 2005, Motion for Reconsideration (DE-365) and Affidavit (DE-366), still are under consideration and remain pending.

SO ORDERED.

This the 25th day of April, 2006.

JAMES C. FOX
Senior United States District Judge