UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:94-CR-122-17-F

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JERRY WAYNE SHEPPARD, ) | |
| Defendant. ) | |

This matter is before the court on Jerry Wayne Sheppard's motion [DE-935], seeking an order for early termination of supervised release and waiver of his remaining fine. The Clerk of Court is DIRECTED to ensure that this motion has been served on the United States Attorney, and to resubmit the motion for ruling after expiration of the time within which the Government may respond.

SO ORDERED.

This the 17th day of May, 2012.

_____
JAMES C. FOX
Senior United States District Judge